**STATE of Missouri, Respondent,**

v.

**Lance D. SISSEL, Appellant.**

**No. WD 34201.**

Missouri Court of Appeals,
Western District.

Aug. 2, 1983.

J. Armin Rust, Regional Public Defender, Lexington, for appellant.

John Ashcroft, Atty. Gen., and Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before WASSERSTROM, P.J., and KENNEDY and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from denial of motion for release, § 552.040, RSMo (Supp.1982).

Affirmed. Rule 30.25(b).